1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail:  tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                       SOUTHERN DIVISION

11  LYNNISHA McGUIRE,                    )   CIVIL NO. CV 11-01351-SP
                                         )
12        Plaintiff,                     )   ORDER AWARDING EQUAL
                                         )   ACCESS TO JUSTICE ACT
13        v.                             )   ATTORNEY FEES PURSUANT TO
                                         )   28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
15                                       )
          Defendant.                     )
16  _____    )

17

18        Based upon the parties' Stipulation for the Award and Payment of Equal Access to

19  Justice Act Fees, IT IS ORDERED that fees in the amount of ONE THOUSAND THREE

20  HUNDRED AND TEN DOLLARS ($1,310.00), as authorized by 28 U.S.C. § 2412(d), be

21  awarded subject to the terms of the Stipulation.

22

23

24  Dated: October 4, 2012              /s/   Sheri Pym
                                        SHERI PYM
25                                      UNITED STATES MAGISTRATE JUDGE

26

27

28