The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, CA 90241
(562) 904-6955 (562) 904-6965 Fax
JUDITH S. LELAND (State Bar No: 63747)
E-mail:  tracey@disabilitylawfirm.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| LYNNISHA McGUIRE, | ) | CIVIL NO. CV 11-01351-SP |
| Plaintiff, | ) | ORDER AWARDING EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| v. | ) | ATTORNEY FEES PURSUANT TO |
| | ) | 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of ONE THOUSAND THREE HUNDRED AND TEN DOLLARS ($1,310.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: October 4, 2012          /s/  Sheri Pym
                                 SHERI PYM
                                 UNITED STATES MAGISTRATE JUDGE